25 F.3d 1420w
 UNITED STATES of America, Plaintiff-Appellee,
v.
Willie ROBERTS, Jr., Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee,
v.
Alvin Charles JOHNSON, Defendant-Appellant.
 Nos. 93-10067, 93-10122.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Feb. 7, 1994.
Decided May 4, 1994.
As Amended on Grant of Rehearing
June 29, 1994.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 38 F.3D. 1547.